UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY ALEJO, on behalf of himself and
all others similarly situated,

               Plaintiff,                        **CONSENT TO SUE**

  -against-

CENTRAL TIRE AND AUTO REPAIR, LTD.;
CENTRAL TIRE AND AUTO REPAIR CENTER,
LLC; CENTRAL TIRE OF WINDSOR, LLC,
ZAIM LIKA, and JOHN DOES1-100,

               Defendants,

-----------------------------------------------------------------X

     I consent to join the lawsuit captioned Alejo v. Central Tire and Auto Repair, Ltd.. et al, the United States District Court for the Southern District of New York. I authorize the class representative to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, including any settlement, and to be represented by counsel for the class representative in this lawsuit. I agree to be bound by the terms of the Retainer Agreement signed by the class representative in this case.

_____            _5/30/18_____
Signature                                                       Date

_Anthony Alejo_____
Print your name